CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMANDEEP SINGH GILL, *et al*., | Case No. 4:25-cv-01882-DMR |
| Plaintiffs, | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., | |
| Defendants. | |

The parties apologize to the Court for not submitting a joint status report by June 18, 2025, due to the need for Defendants to secure Plaintiffs' consent to a stay. The parties submit this joint status report regarding Plaintiffs' Form I-526, Immigrant Petition by Standalone Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. On May 7, 2025, the United States Citizenship and Immigration Services ("USCIS") issued a denial on Plaintiff's Form I-526 petition. On June 9, 2025, Plaintiffs filed Form I-290B, Notice of Appeal or Motion, in appeal of USCIS's decision on Plaintiffs' Form I-526 petition.

Accordingly, the parties stipulate and request the Court to continue the stay of proceedings in this case until September 16, 2025. The parties make this request to provide additional time for USCIS

Joint Status Report & Stipulation
Case No. 4:25-cv-01882-DMR           1

1   to review Plaintiffs' Form I-290B appeal and issue a decision. The parties will file a joint status report

2   with the Court on September 16, 2025. At that time, the parties may request a further continuance of the

3   stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the

4   Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's

5   resources.

6

7   Dated: June 23, 2025                               Respectfully submitted,

8                                                      CRAIG H. MISSAKIAN
                                                       United States Attorney
9

10                                                     */s/ Elizabeth D. Kurlan*
                                                       ELIZABETH D. KURLAN
11                                                     Assistant United States Attorney
                                                       Attorneys for Defendants
12

13  Dated:

                                                       */s/ Niralkumar Patel*
14                                                     NIRALKUMAR PATEL
                                                       KLDP LLP
15                                                     Attorney for Plaintiffs

16                              **[PROPOSED] ORDER**

17          Pursuant to stipulation, IT IS SO ORDERED.

18

19
    Date:   June 23, 2025
20

21                                                     HON. DONNA M. RYU
                                                       United States Chief Magistrate Judge
22

23

24

25

26

27

28